Sullivan, J

SULLIVAN & WORCESTER LLP
Michael T. Sullivan (MT 3158)
Karin Klapper Orenstein (KO 1274)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

*Attorneys for Defendant*
*T.C. Ziraat Bankasi A.S.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Theresa Guirlando,

    Plaintiff,

  - against -

T.C. Ziraat Bankasi A.S.

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 07 CV 10266 (RJS)

STIPULATION AND ORDER
EXTENDING DEFENDANT'S
TIME TO RESPOND

  WHEREAS, Plaintiff filed the Complaint in this proceeding on November 13, 2007; and

  WHEREAS, the date for Defendant to answer or otherwise move in response to the Complaint is December 3, 2007; and

  WHEREAS, the parties have agreed, subject to the Court's consent, to extend Defendant's time to answer or otherwise move in response to the Complaint, to and including January 3, 2008; and

  WHEREAS, there have been no previous requests for an extension;

  IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between counsel to the undersigned parties, that Defendant, T.C. Ziraat Bankasi A.S. shall have an extension of time until January 3, 2008, to answer or otherwise move in response to the Complaint; and

{N0103194.1}

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be filed with signatures by facsimile.

DATED:  New York, New York
        November 29, 2007

| VIOLET ELIZABETH GRAYSON | SULLIVAN & WORCESTER LLP |
|---|---|
| *[signature]* | *[signature]* |
| Violet Elizabeth Grayson (VG 2792) | Michael T. Sullivan (MT 3158) |
| 888 Seventh Avenue – 45th Floor | Karin Klapper Orenstein (KO 1274) |
| New York, New York 10106 | 1290 Avenue of the Americas, 29th Floor |
| (646) 406-1512 | New York, New York 10104 |
| *Attorney for Plaintiff Theresa Guirlando* | (212) 660-3000 |
| | *Attorneys for Defendant T.C. Ziraat Bankasi A.S.* |

SO ORDERED.

*[signature]*

Hon. Richard J. Sullivan
United States District Judge

{N0103194;1}