UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Theresa Guirlando,                          :
                                      :      No. 07 CV 10266 (RJS)
              Plaintiff,      :
                                      :      **NOTICE OF APPEARANCE**
   - against -                    :      **AND REQUEST FOR**
                                        :      **ELECTRONIC NOTIFICATION**
T.C. Ziraat Bankasi A. Ş.                  :
                                        :
              Defendant.     :
---------------------------------X

      PLEASE TAKE NOTICE that the attorneys identified below hereby appear as counsel for and on behalf of defendant T.C. Ziraat Bankasi A.Ş. in the above-captioned action. Please direct to the undersigned all further correspondence, notices, pleadings, motion papers, orders and other court documents to be served on defendant regarding this matter using the method of service required by the court's electronic case filing rules.

DATED:      New York, New York
                 December 21, 2007

                                                     SULLIVAN & WORCESTER LLP

                                By:     s/ Karin Klapper Orenstein
                                             Michael T. Sullivan (MT 3158)
                                             E-mail: msullivan@sandw.com

                                             Karin Klapper Orenstein (KO 1274)
                                           E-mail: korenstein@sandw.com

                                           1290 Avenue of the Americas, 29th Floor
                                           New York, New York 10104
                                           Tel.: (212) 660-3000
                                           Fax: (212) 660-3001
                                           *Counsel for Defendant*

{N0105111; 1}