UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

THERESA GUIRLANDO,

                Plaintiff,

-v-

T.C. ZIRAAT BANKASI, A.S.,

                Defendant.

No. 07 Civ. 10266 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      At the conference held before the Court on January 4, 2008, the Court adopted the following schedule:

      Defendant shall file and serve papers in support of its motion to dismiss for failure to state a claim and *forum non conveniens* by January 28, 2008.

      Plaintiff's opposition papers shall be filed and served not later than March 28, 2008.

      Defendant's reply papers shall be filed and served not later than April 11, 2008.

SO ORDERED.

Dated:     January 4, 2008
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE