Sullivan, T

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THERESA GUIRLANDO,

                Plaintiff,

        - against -

T.C. ZIRAAT BANKASI A.Ş.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 07 CV 10266 (RJS)

REVISED
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

The parties' request for additional time to brief defendant's motion to dismiss is granted and the Court adopts the following revised briefing schedule:

Defendant shall file and serve papers in support of its motion to dismiss by February 11, 2008.

Plaintiff's opposition papers shall be filed and served not later than April 25, 2008.

Defendant's reply papers shall be filed and served not later than May 4, 2008.

SO ORDERED.

Dated:      January 25, 2008
             New York, New York

                             RICHARD J. SULLIVAN
                             UNITED STATES DISTRICT JUDGE