UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
THERESA GUIRLANDO,                :
                                  :    No. 07 CV 10266 (RJS)
            Plaintiff,            :
                                  :
    - against -                   :    REVISED
                                  :    SCHEDULING ORDER
T.C. ZIRAAT BANKASI A.Ş.          :
                                  :
            Defendant.            :
----------------------------------X

RICHARD J. SULLIVAN, District Judge:

The parties' request for a modification of the briefing schedule for defendant's motion to dismiss is granted and the Court adopts the following revised briefing schedule:

Defendant shall file and serve papers in support of its motion to dismiss by February 11, 2008.

Plaintiff's opposition papers shall be filed and served not later than April 25, 2008.

Defendant's reply papers shall be filed and served not later than May 9, 2008.

SO ORDERED.

Dated:    February 6, 2008
          New York, New York

                                    _____
                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08