UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

THERESA GUIRLANDO,               :

                         :       07 Civ. 10266 (RJS)

           Plaintiff,      :

                         :

       - against -      :

                         :       **DECLARATION OF**

T.C. ZIRAAT BANKASI A.Ş.     :       <u>**MICHAEL T. SULLIVAN**</u>

                         :

         Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      MICHAEL T. SULLIVAN, pursuant to 28 U.S.C. § 1746, declares:

      1.     I am an attorney and a member of Sullivan & Worcester LLP, counsel for defendant T.C. Ziraat Bankasi A. Ş. ("Ziraat Bankasi")  I make this declaration in support of Ziraat Bankasi's motion to dismiss the complaint and based upon personal knowledge, except as to matters alleged upon information and belief, and as to those matters I believe them to be true.

      2.     Attached as Exhibit A is a true and correct copy of the Translator Certification of Evren Ay, sworn to on February 6, 2008.

      3.     Attached as Exhibit B is a true and correct copy and English translation of the Ziraat Bankasi Specimen Signature and ID Information Card for Mevlut Cicek, dated May 8, 2007.

      4.     Attached as Exhibit C is a true and correct copy and English translation of the Ziraat Bankasi Specimen Signature and ID Information Card for Theresa Guirlando, dated May 8, 2007.

      5.     Attached as Exhibit D is a true and correct copy and English translation of the Disjunctive Ownership and Account Agreement between Theresa Guirlando, Mevlut Cicek, and Ziraat Bankasi, dated May 8, 2007.

6.      Attached as Exhibit E is a true and correct copy and English translation of the Customer Bank Book (cover) of Theresa Guirlando.

7.      Attached as Exhibit F is a true and correct copy and English translation of Ziraat Bankasi's file copy of Mevlut Cicek's Republic of Turkey Passport.

8.      Attached as Exhibit G is a true and correct copy of Ziraat Bankasi's file copy of the marriage certificate of Mevult [sic] Cicek and Theresa Guirlando issued by the New York State Department of Health.

9.      Attached as Exhibit H is a true and correct copy of Ziraat Bankasi's file copy of Mevlut Cicek's Turkish driver's license.

10.     Attached as Exhibit I is a true and correct copy of Ziraat Bankasi's file copy of Theresa Guirlando's New York State driver's license.

11.     Attached as Exhibit J is a true and correct copy of Ziraat Bankasi's file copy of Theresa Guirlando's United States passport.

12.     Attached as Exhibit K is a true and correct copy of Ziraat Bankasi's file copy of check number 455737407, dated May 4, 2007, issued by Citibank, N.A. in the amount of $251,156.63, payable to Theresa Guirlando.


Dated:   New York, New York
         February 11, 2008

                                        s/ Michael T. Sullivan
                                        MICHAEL T. SULLIVAN

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| THERESA GUIRLANDO, | : | |
| | : | 07 Civ. 10266 (RJS) |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | **TRANSLATOR'S CERTIFICATION** |
| T.C. ZIRAAT BANKASI A.Ş. | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK        )
                         ):ss
COUNTY OF NEW YORK       )

Evren Ay, being duly sworn, deposes and says:

I am over 18 years of age, I reside in New York County, and I am not a party to this

action.  I am a professional translator employed by The Turkish Link in New York and proficient

in both the Turkish and English languages.  I have reviewed each of the following translations

from Turkish to English to the best of my ability and knowledge and hereby declare that each is a

true and correct translation of said document.

1.  T.C. Ziraat Bankasi Specimen Signature and ID Information Card for Mevlut Cicek,

dated May 8, 2007.

2.  T.C. Ziraat Bankasi Specimen Signature and ID Information Card for Theresa

Guirlando, dated May 8, 2007.

3.  Disjunctive Ownership and Account Agreement between Theresa Guirlando, Mevlut

Cicek, and T.C. Ziraat Bankasi, dated May 8, 2007.

4.  Customer Bank Book (cover) of Theresa Guirlando.

N0107513v

5. Mevlut Cicek's Republic of Turkey Passport.

_Eyren Ay_

Sworn to before me this
7th day of February 2008

_Donna A. Harrison_
Notary Public

DONNA A. HARRISON
Notary Public, State of New York
No. 01HA5062926
Qualified in Kings County
Commission Expires July 8, 2010

2

N0107513v

# EXHIBIT B

Appendix: 2007/73-2, P: 6

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

| SPECIMEN SIGNATURE AND ID INFORMATION CARD | | |
|---|---|---|
| Republic of Turkey Ziraat Bankasi A.S.<br>930 – ESKIISTASYON/ADANA BRANCH | Employee No:<br>Account No:<br>Date: | 48033611<br><br>05.08.2007 |

B2000 Employee

| NAME LAST NAME / TITLE | MEVLUT CICEK | |
|---|---|---|
| PLACE & DATE OF BIRTH | [REDACTED] 1956 – KARAPINAR | |
| FATHER'S NAME | HAZIM | |
| Rep. of Turkey ID NO | [REDACTED] 8536 | |
| TAX ID NO | | |
| TRADE REG. NO & CHAMBER | - | |
| PHONE NO | (322) 4364118 | |

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}          {SEAL}          {SIGNATURE}
Sureyya Bargu                        Hidir GURSOY
Director                             Manager
409565                               47638

| Republic of Turkey Ziraat Bankasi A.S. | |
|---|---|
| SIGNATURE<br><br>{SIGNATURE} | SIGNATURE<br><br>{SIGNATURE} |
| AUTHORITY TO WITHDRAW CASH<br>409565<br><br>■ Can be withdrawn separately<br><br>SPECIAL INSTRUCTIONS: | AUTHORIZED SIGNATURE<br>Sureyya Bargu<br>Director<br>{SIGNATURE}<br><br>{SIGNATURE}<br>□ Can be withdrawn together |

EK. 2007/12-2, s.8.

## İMZA ÖRNEĞİ VE KİMLİK BİLGİLERİ KARTI

T.C. ZİRAAT BANKASI A.Ş.

ÖZLÜK NO : .AB033611. C.    5.

.....930.....ESKİ İSTASYON/ADANA.ŞubƏsi

HESAP NO : .....................

Tarih    : .....08.05.2007.....

82000 Özlük:

| | |
|---|---|
| ADI SOYADI / ÜNVANI | MEVLÜT ÇİÇEK |
| DOĞUM TARİHİ VE YERİ | [REDACTED] 1956 - KARAPINAR |
| BABA ADI | NAZIM |
| T.C. KİMLİK NO | [REDACTED] 8536 |
| VERGİ KİMLİK NO | |
| TİC. SİCİL NO VE ODASI | |
| TELEFON NO | (322) 4364118 |

## ASLI GİBİDİR

### T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

T.C. ZİRAAT BANKASI A.Ş.

.....................Şubesi

Hıdır GÜRSOY
Müdür
47638

İMZA

İMZA

YETKİLİ İMZA

PARA ÇEKME YETKİSİ

☒ Ayrı ayrı çekilebilir    ☐ Müştereken çekilebilir

ÖZEL TALİMATLAR ..............................................

..............................................

OM. 50.600.140

**EXHIBIT C**

Appendix: 2007/73-2, P: 5

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

| SPECIMEN SIGNATURE AND ID INFORMATION CARD | | | |
|---|---|---|---|
| Republic of Turkey Ziraat Bankasi A.S.<br>930 – ESKIISTASYON/ADANA BRANCH | Employee No:<br>Account No:<br>Date:<br><br>B2000 Employee | 48033773<br><br>05.08.2007 | |
| NAME LAST NAME / TITLE<br>PLACE & DATE OF BIRTH<br>FATHER'S NAME<br>Rep. of Turkey ID NO<br>TAX ID NO<br>TRADE REG. NO & CHAMBER<br>PHONE NO | THERESA GIURLANDO<br>[REDACTED]1938 – NEWYORK<br>LESCE<br><br><br><br>(322) 4312738 | | |

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}                {SEAL}                {SIGNATURE}
Sureyya Bargu                                    Hidir GURSOY
Director                                         Manager
409565                                          47638

| Republic of Turkey Ziraat Bankasi A.S. | |
|---|---|
| SIGNATURE<br><br>{SIGNATURE} | SIGNATURE<br><br>{SIGNATURE} |
| AUTHORITY TO WITHDRAW CASH<br>409565<br><br>■ Can be withdrawn separately<br><br>SPECIAL INSTRUCTIONS: | AUTHORIZED SIGNATURE<br>Sureyya Bargu<br>Director<br>{SIGNATURE}<br><br>{SIGNATURE}<br><br>□ Can be withdrawn together |

EK: 2007/32... 2, s...

## İMZA ÖRNEĞİ VE KİMLİK BİLGİLERİ KARTI

T.C. ZİRAAT BANKASI A.Ş.

.....930.... ESKİ İSTASYON/ADANA Şubesi

ÖZLÜK NO : ...48033711...
HESAP NO : ............................
Tarih        : ...08.05.2007...

82000 Özlük:

| ADI SOYADI / ÜNVANI | THERESA GIURLANDO |
| DOĞUM TARİHİ VE YERİ [REDACTED] | 1938 - NEWYORK |
| BABA ADI | LESCE |
| T.C. KİMLİK NO | |
| VERGİ KİMLİK NO | |
| TİC. SİCİL NO VE ODASI | |
| TELEFON NO | (322) 4312738 |

## ASLI GİBİDİR
T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

T.C. ZİRAAT BANKASI A.Ş
.................................... Şubesi

Süreyya BARGU
Yönetmen
40966

Hıdır GÜRSOY
Müdür
47638

İMZA

Theresa Giurlando

İMZA

Theresa Giurlando

PARA ÇEKME YETKİSİ

YETKİLİ İMZA

Süreyya BARGU
Yönetmen
40966

☒ Ayrı ayrı çekilebilir      ☐ Müştereken çekilebilir

ÖZEL TALİMATLAR : ........................................................
........................................................................
........................................................................

OM. 50.600.140

**EXHIBIT D**

Appendix: 2007/73.2, p.3

SAME AS THE ORIGINAL
{SEAL&SIGNATURE}

{SEAL&SIGNATURE}

{SIGNATURE}          {SIGNATURE}

**REPUBLIC OF TURKEY**
**ZIRAAT BANKASI**
**{LOGO}**

## DISJUNCTIVE OWNERSHIP JOINT ACCOUNT AGREEMENT

Under the specifications of the present agreement a disjunctive ownership joint account has been set, with the account number below, between THERESA GURLANDO – MEVLUT CICEK, hereafter the "Account Owners" on one side, and Republic of Turkey Ziraat Bankasi A.S. ESKIISTASYON/ADANA Branch, hereafter the "Bank", on the other; and each of the aforesaid individuals is hereby entitled as the joint creditor of the Bank.

1) Each one of the account owners is entitled to exercise right of disposition unilaterally over the "Disjunctive Ownership Joint Account" (withdrawal, transaction orders, account closing, transfer of the account to another Branch etc.) and exert authority over the account as specified by the present agreement with his/her individual signature. As a precondition, each one of the account owners accepts and undertakes the liabilities that may result from the use of the account by the other account owners. Nevertheless in order to enable the aforesaid transactions, the account owners may be requested to produce their bankbooks by the Bank authorities.

2) By performing the deposit and other transaction orders of one of the account owners, the Bank is considered to have fulfilled its liabilities to the other depositors of the joint account as well.

3) It would always be possible to have a new participant in the joint account, provided that the account holders make a joint application to the Bank in written form. Once the said written application is transmitted to the Bank records, the account owners accept and undertake the liabilities that may result from the transactions that the new participant may order in relation to the joint account (*).

4) Each one of the account owners may resign from account ownership with a written application to the Bank. The customer who resigns from account ownership is considered to have alienated his/her rights to the other accountholders under the specifications of the joint account; these rights cannot be alienated to any third party.

5) The Bank reserves the right to use collateral, freeze, clear or charge the account, in respect to the liabilities of any of the account owners before the Bank and it is entitled to exercise these rights against the accountholders.

6) When an account abstract is sent to any one of the account owners or a notification is made in respect to the transactions over the account, the other accountholders are considered to have received the account abstract or have been notified.

7) Should the account owners loose their bankbooks, they immediately inform the Bank in written form, otherwise they accept that the Bank would not be hold responsible for any errant payment. In the event that a bankbook is lost, the bank account is closed upon notification and a new account, with a new account number, is opened. From the moment that the Bank receives, by whatever means, the information that the bankbook is lost it has the authority to hold payments from the account until a new account is opened.

8) Unless the joint accountholders have declared their share amounts to the Bank at the time the account is opened, or later with their joint signatures, the Bank has the authority to consider the share amounts of the accountholders equal and perform the transactions accordingly, or to open a new account sorting the shares on such a basis and to manage the remaining balance in the account as the joint account of the other accountholders, in the case that the relevant authorities notify the Bank on a sequestration order, confiscation, preliminary injunction, bankruptcy, or any other sanction; or upon the death or disappearance of one of the accountholders; or if one of the

accountholders is disqualified or bankrupted or is granted respite for the composition of debts or enter a composition agreement.

9) In the event that one of the account owners is deceased, no matter if the Bank is informed about the situation or not, all kinds of liabilities before the tax offices and/or the inheritors that would result from the payments made to the other accountholders shall be undertaken by the owners of the account.

10) Should the Bank is informed that one or more of the accountholders are deceased or declared absent, it has the authority to block the entire account or hold payments until the certificate, proving that the estate duty and the inheritance tax are paid, is received from the relevant tax office.

11) In the event that one or more of the accountholders file an action or claim for collection of the debts against other account owner/owners, the Bank holds the payments from the account upon a notification from the relevant authorities for a sequestration, confiscation, or a preliminary injunction order. Without addressing to these legal procedures, the account owners cannot prevent payments to the other accountholders with a plain notification that would be sent to the Bank.

12) Among the account owners, those who would use a seal instead of signature (of .....................) accept and approve that the below seal pertains to them and they would use the same seal for all of the transactions.

13) The account owners declare that they accept the authority of ............................. Courts and Execution Agencies for the resolution of disputes that would arise between them and the Bank and any notification that would be made to the addresses written below will be considered to have been made to their person.

| ACCOUNT NUMBER | [REDACTED] 3773 | | |
|---|---|---|---|
| ACCOUNT OPENED ON | | {SEAL&SIGNATURE} | |
| ACCOUNT OWNERS' | | | |
| NAME-SURNAME | PLACE AND DATE OF BIRTH | ADDRESS | SIGNATURE |
| THERESA GIURLANDO | New York [REDACTED] 1938 | Istiklal Mah. 42. Sok No: 18 Seyhan/Adana | {SIGNATURE} |
| MEVLUT CICEK | Karapinar [REDACTED] 1956 | Istiklal Mah. 42. Sok No: 18 Seyhan/Adana | {SIGNATURE} |

| (*) I, hereby accept and undertake the specifications of the present Disjunctive Ownership Joint Account Agreement from this day on, which I joined the account 05.08.2007 | |
|---|---|
| NAME AND SURNAME | SIGNATURE |

SAME AS THE ORIGINAL                    REPUBLIC OF TURKEY
{SEAL&SIGNATURE}                         ZIRAAT BANKASI
                                         ESKIISTASYON BRANCH
                                         {SIGNATURE}

{SIGNATURE}            {SIGNATURE}

        {SIGNATURE}            {SIGNATURE}            {STAMP}

ASLI GIBIDIN

Ek: 2007/3 2 . s.3

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İşlemeyen Şubesi

T.C. ZİRAAT BANKASI A.Ş.
Yönetmen
406666

...dır GÜRSOY
Müdür
47638

# TESELSÜLLÜ MÜŞTEREK HESAP SÖZLEŞMESİ

İş bu sözleşme uyarınca, aşağıda "Hesap Sahipleri" olarak adlandırılan
THERESA GUIRLANDO — MEVLUT ÇİÇEK
ESKİŞTAHON (AON) Şubesi arasında, bu şahısların her birinin müteselsil alacaklı sıfatı ile Banka
arasında, diğer taraftan adı geçen şahıslarla "Banka" olarak adlandırılan T.C. Ziraat Bankası A.Ş.
nezdinde aşağıda numarası belirtilen teselsüllü müşterek mevduat hesabı açtırmaları kararlaştırılmıştır.

1) Hesap sahiplerinden her biri, Banka nezdindeki "Teselsüllü Müşterek Mevduat Hesabı" üzerinde tek
başına tasarrufta bulunmaya (para çekmeye, talimatlar vermeye, hesabı kapatmaya, hesabın başka bir
Şubeye naklini istemeye, vb.), işbu sözleşmedeki bütün yetkileri tek başına (yalnız kendi imzasıyla)
kullanmaya yetkilidir. Hesap sahiplerinden her biri, diğer hesap sahiplerinin hesabı tek başına
kullanmasından doğacak sonuçlardan sorumlu olmayı önceden kabul, beyan ve taahhüt eder. Ancak,
hesaplar üzerindeki söz konusu işlemlerin yapılabilmesi için hesap cüzdanlarının ibrazı istenebilecektir.

2) Banka, müşterek hesap sahiplerinden birinin hesapla ilgili tasarruf ve işlemlerini yerine getirerek
müşterek hesabın.diğer.sahiplerine karşı da sorumluluktan kurulur.

3) Müşterek hesaba, başka birinin katılabilmesi, hesap sahiplerinin tamamının birlikte ve yazılı olarak
Banka'ya başvuruları halinde, her zaman mümkün olabilecektir. Hesap sahipleri, bu husustaki yazılı
müracaatlarının Banka kayıtlarına .intikalinden itibaren, yeni .iştirakçinin bu hesapla ilgili olarak
yapacağı işlemlerden doğacak bütün sonuçlardan müteselsilen sorumlu olacaklarını kabul, beyan ve
taahhüt ederler(*).

4) Müşterek hesap sahiplerinden her biri Banka'ya yazılı olarak başvurmak suretiyle hesap sahipliğinden
çekilebilir. Hesap sahipliğinden çekilen müşteri, hesap üzerindeki haklarını diğer hesap sahiplerine,
müşterek hesabın şartlarına tabi olmak üzere temlik etmiş sayılacak, diğer hesap sahipleri dışındaki
şahıslara devredemeyecektir.

5) Banka, müşterek hesap sahiplerinden herhangi birinin Banka'ya karşı olan her türlü borç ve
yükümlülükleri ile ilgili olarak, hesabın tümü üzerinde rehin, hapis, takas ve mahsup haklarına sahip
olup, bu haklarını hesap sahibine karşı kullanmaya yetkilidir.

6) Banka'nın hesap sahiplerinden herhangi birine hesap özeti göndermesi veya hesapla ilgili işlemler
konusunda ihbar, ihtar veya bildirimde bulunması halinde, diğer hesap sahipleri de hesap özetini, ihbar,
ihtar veya bildirimi almış veya öğrenmiş sayılacaktır.

7) Hesap sahipleri, ellerindeki cüzdanı kaybettikleri takdirde, durumu derhal Banka'ya yazı ile
bildirecekler, aksi takdirde, yanlış ödemelerden dolayı Banka'nın sorumlu olmayacağını kabul ederler.
Cüzdanın kaybı halinde ibraname alınarak eski hesap kapatılacak, yeni numara altında yeni bir hesap
açılacaktır. Banka cüzdanın kaybından her ne surette olursa olsun haberdar olduğu andan itibaren, yeni
hesap açılıncaya kadar geçecek zaman içinde hesaptan ödeme yapmama yetkisine sahiptir.

8) Müşterek hesap sahipleri hesabın açılışında veya sonradan birlikte imzaları ile hisseleri tutarlarını
Bankaya bildirmemiş iseler, Banka'ya bir ya da birkaç hesap sahibi hakkında ihtiyati haciz, haciz,
ihtiyati tedbir, iflas, konkordato ya da başkaca sınırlamalar için yetkili makamlarca bildirimde
bulunulursa veya hesap sahiplerinden birinin ölümü, gaipliğine karar verilmesi ya da ehliyetinin
kısıtlanması veya iflas etmesi veya konkordato mehli alması veya konkordato akdetmesi halinde
müşterek hesap sahipleri veya sahiplerinin payını Banka eşit saymaya ve buna göre işlem yapmaya,
müşterek hesap sahibi veya sahiplerinin payını bu esasa göre ayırarak yeni bir hesap açmaya, hesabın
alacak bakiyesinden geri kalanını diğer müşterek hesap sahiplerinin, müşterek hesabı olarak işletmeye
mezun ve yetkilidir.

(OM/50.600.150)    Theresa Guirlando

9) hesap sahiplerinden birinin ölümü halinde, Banka'nın, ölümden bilgisi olsun veya olmasın diğer hesap sahiplerine yapacağı her türlü sorumluluk hesap sahiplerine ait olacaktır. TUSÜLLÜ

10) Banka müşterek hesap sahiplerinin birinin ya da bir kaçının ölümünden ya da gaipliğine karar verildiğinden haberdar olursa, vergi dairesinden veraset ve intikal vergisinin ödendiğine ilişkin belge getirilinceye kadar hesabın tümünü bloke etmeye ve tasarruf edilmesini durdurmaya yetkilidir.

11) Hesap sahiplerinin birinin veya birkaçının, diğeri ve diğerleri aleyhine mahkemeye veya icraya başvurmaları ve bu mercilerce Bankaya tebliğ edilmesi halinde, kararın mahiyetine göre Banka hesaptan ödeme yapılmasını durdurur. Hesap sahipleri bu yollara başvurmaksızın Bankaya sadece bir ihtarname göndermek suretiyle hesaptan diğer hesap sahiplerine para ödenmesine engel olamazlar.

12) Hesap sahipleri, içlerinden imza yerine mühür kullanan (..........................................................'ın) aşağıda bir örneği yer alan mührünü bu hesaba ait tüm işlemlerde kullanacağını ve kendisine ait olduğunu kabul eder ve onaylarlar.

13) Hesap sahipleri, Banka ile aralarında doğabilecek anlaşmazlıkların çözümü için ....................................... Mahkemeleri ve İcra Müdürlüklerinin yetkisini kabul ettiklerini ve aşağıdaki yazılı adreslere yapılacak tebligatın kendilerine yapılmış sayılacağını beyan ederler.

Ek: 2007/12.2, s. 4.

| HESAP NUMARASI | [REDACTED]3773 |
|---|---|
| HESABIN AÇILIŞ TARİHİ | 1/79 |

HESAP SAHİPLERİNİN

| ADI VE SOYADI | DOĞUM YERİ VE TARİHİ | ADRESİ | İMZASI |
|---|---|---|---|
| THERESA GIURLANDO | Newyork [REDACTED]1938 | İstiklal mah. 42sk no:18 Seyhan/Adana | Theresa Giurlando |
| MEVLÜT ÇİÇEK | Karapınar [REDACTED]1986 | İstiklal mah 42sk No:6 Seyhan/Adana | |

(*) İş bu Teselsüllü Müşterek Hesap Sözleşmesi hükümlerinin hesaba katıldığım 08.05.2007 tarihinden itibaren tarafıma da uygulanmasını kabul, beyan ve taahhüt ederim.

ADI VE SOYADI:                    İMZA:

**ASLI GİBİDİR**

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

T.C. ZİRAAT BANKASI A.Ş.
................ ŞUBESİ

Hıdır GÜRSOY
Müdür
47638

PUL

# EXHIBIT E

Appendix: 2007/73.3 p.10
{SEAL&SIGNATURE}

| | |
|---|---|
| **Account No:** [REDACTED] 3773-5001 | **Other Partners:** MEVLUT CICEK |
| **Account Holder:** THERESA GIURLANDO | |
| **Account Type/Currency:** USA Dollar Deposit Account | **REPUBLIC OF TURKEY ZIRAAT BANKASI 930 – ESKIISTASYON BRANCH** |
| **Parent/Trustee:** | |
| **Serial Number:** E6931848 | {SIGNATURE} {SIGNATURE} |

{LOGO}

# REPUBLIC OF TURKEY
# ZIRAAT BANKASI A.S.

## CUSTOMER BANK BOOK

## www.ziraatbank.com.tr

**GENERAL SPECIFICATIONS ON DEPOSIT ACCOUNTS**

1. This bankbook is valid only if the official seal and two authorized signatures are present on it. In case of a dispute the Bank records would be referred. Before leaving the bank please check the records on your bankbook. If there is a mistake ask for correction.
2. You should produce your bankbook and a valid identity card when you withdraw money from your account. It is possible to withdraw or deposit money from all of our branches. For the account, our Bank legislation would apply.
3. Unless otherwise is notified, your time deposit account is renewed automatically based on the current interest rate.
4. In the event that you request a partial or complete withdrawal of the funds you have in a time deposit account, before due time, the Bank may unconditionally deny your request. If the bank does not prefer to exercise this right, deposit account interest rate is applied and the account is closed. If a partial payment is made, a new account may be opened with the remaining balance, if requested.
5. Remainders of foreign currency interests are paid in Turkish currency.
6. When you request cash return from your Foreign Currency Deposit/Time Deposit Account, if the cash amount is not adequate in the Branch, the payments are made in five (5) work days, to the latest.
7. Since the transactions are entered on the present bankbook, unless requested account abstracts are not sent.
8. The bankbook cannot be alienated.
9. Transactions for the accounts of individuals who are under custody can be carried by only their parents or trustees.
10. The Bank cannot be held responsible for the errant payments, in the event that the loss of a bankbook is not informed in written form to the Bank (the Branch that the account is set).
11. The bankbooks which are full or whose balance has completely been paid are returned. Those which are not returned are invalid.
12. Unless the Bank is informed upon a change in the address, the notifications made to the known address are considered to have been serviced.
13. Pursuant to the Banking Law, the accounts on which any movement does not appear for 10 years, since the last customer order or the last date of transaction are transferred to Savings Deposit Insurance Fund.
14. Without a notification to the customer the Bank has the authority to specify unilaterally a Account Management Fee and Banking and the Insurance Transactions Tax and to deduct this amount from the account balance.

**SAME AS THE ORIGINAL**          {SIGNATURE}

Ek: 2007/13.3., s.10

**Hesap No:** [REDACTED]
*Account No:* 3773-5001

**Diğer Ortakları:**
*Other Partners:* MEVLÜT ÇİÇEK

**Hesap Sahibi:**
*Account Holder:* THERESA GIURLANDO

**Hesap Türü / Para Birimi:**
*Account Type / Currency:* Vadesiz Hesap/USD-AMERİKAN DOLARI

**Veli / Vasi:**
*Parent / Trustee:*

**Seri No** :EL931848



T.C. ZİRAAT BANKASI A.Ş.
..........Şubesi

930-ESKİİSTASYON/ADANA

# T.C. ZİRAAT BANKASI A.Ş.

## MÜŞTERİ HESAP DEFTERİ

### www.ziraatbank.com.tr

**MEVDUAT HESAPLARIYLA İLGİLİ GENEL ESASLAR**

1. Bu defter Bankamızın resmî mührünü ve yetkili iki memurun imzasını taşıması halinde geçerlidir. Uyuşmazlık halinde Bankamız kayıtları esas alınır. Bankayı terketmeden önce defterinizdeki kayıtları kontrol ediniz. Yanlış varsa düzeltilmesini isteyiniz.

2. Hesabınızdan para çekerken bu defter ile birlikte geçerli kimlik belgesi ibraz etmeniz gereklidir. Tüm şubelerimiz aracılığıyla hesabınızdan para çekmeniz ya da hesabınıza para yatırmanız mümkündür. Hesabınız hakkında Bankamız mevzuatı uygulanır.

3. Vadeli hesabınız, vade bitiminde aksine talimatınız olmadıkça cari faiz oranı esas alınarak aynı vade ile yenilenir.

4. Vadeli hesabınızdan vadesinden önce kısmen veya tamamen iade talebinde bulunmanız halinde, Bankamız hiçbir gerekçe göstermeksizin bu talebinizi kayıtsız ve şartsız reddetme hakkı bulunmaktadır. Banka bu hakkı kullanmak istemediği takdirde, hesaba vadesiz faiz oranı uygulanarak hesap kapatılır. Kısmi ödeme yapıldıktan sonra talebiniz halinde geri kalan bakiye üzerinden yeni bir hesap açılır.

5. Döviz faizlerinin küsuratı,Yeni Türk Lirası olarak ödenir.

6. Vadeli / Vadesiz Döviz Tevdiat Hesabınızdan efektif iadesi istediğinizde Şubede, yeteri kadar efektif bulunmaması halinde, talepler en geç beş (5) iş günü içinde yerine getirilir.

7. İşlemler bu deftere işlendiğinden, yazılı talebiniz olmadıkça hesap özeti gönderilmez.

8. Bu cüzdan herhangi bir şekilde devredilemez.

9. Küçüklerin ve mahcurların hesapları üzerinde ancak veli veya vasi tarafından tasarrufta bulunulabilir.

10. Kaybolduğu Bankaya (Hesabın bulunduğu Şube) yazılı olarak bildirilmeyen defterlere istinaden yapılan yanlış ödemelerden, Bankamız sorumlu değildir.

11. Dolan veya muhteviyatı tamamen ödenen defterler geri alınır. Alınmayanlar hükümsüzdür.

12. Adres değişikliği bildirmedikçe, bilinen adresinize yapılan ihbar tebliğ edilmiş sayılır.

13. Bankalar Kanunu gereğince en son talep, işlem veya mudinin herhangi bir şekilde yazılı talimatı tarihinden başlayarak 10 yıl içinde aranmayan hesaplar Tasarruf Mevduatı Sigorta Fonu'na devredilir.

14. Banka tek taraflı olarak belirleyip, müşteriye herhangi bir ihbarda bulunmaksızın değiştirebileceği miktarda Hesap İşletim Ücreti'ni buna bağlı BSMV'yi müşterisinin hesabından resen ve mahsuben tahsile yetkilidir.

OM50.900.134

## ASLI GİBİDİR

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

Hıdır GÜRSOY
Müdür
47638

# EXHIBIT F

Appendix: 2007/73-2, P: 10

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

| {SIGNATURE} | {SEAL} | {SIGNATURE} |
|---|---|---|
| Sureyya Bargu | | Hidir GURSOY |
| Director | | Manager |
| 409565 | | 47638 |

---

*This passport belongs to the Republic of Turkey. Anyone finding this passport is requested to hand it to a police station or to the nearest Turkish Embassy or Consulate.*

*ISSUES TO PAY ATTENTION*

*1-Citizens of Republic of Turkey have to present either the passport or a document which can substitute the passport at the arrival or departure from Turkey.*

*2- Passports are given either by city governorships or Republic of Turkey Consulates abroad.*

*3-Passport is a personal document. It should not be used by other persons.*

*4-Persons registered to accompany cannot use the passport unless he/she is traveling with the bearer of the passport.*

*5- Common passports are prepared in the name of the group leader; a person from the group cannot use it singly.*

*6- Passport arranged in accordance with rules and regulations is valid for all countries unless otherwise instructed.*

*7-Passport without the signature of bearer is invalid.*

*8-Persons who has tax debt or has relation to Administration of Justice or Military Service and who are confined will be hindered to go abroad.*

*(Continuation is at the back cover)*

---

TR- M     No: 674301

REPUBLIC OF TURKEY

PASSPORT

Number [REDACTED] 3064/2001

This passport contains 60 pages.

1

Appendix: 2007/73-2, P: 11

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}                    {SEAL}                    {SIGNATURE}
Sureyya Bargu                                          Hidir GURSOY
Director                                               Manager
409565                                                 47638

| PERSONAL PARTICULARS | |
| --- | --- |
| Profession: | (Picture) |
| Place of Birth:    KARAPINAR | |
| Date of Birth: [REDACTED], 1956 | |
| Facial Features: | |
| Colour of Eyes: | Surname |
|     PHOTO | CICEK |
| Colour of Hair: | |
| Height: | Name |
| Special Marks | MEVLUT |
| Signature of bearer {SIGNATURE} | |
| 2 | 3 |

Appendix: 2007/73-2, P: 14

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}                    {SEAL}                    {SIGNATURE}
Sureyya Bargu                                            Hidir GURSOY
Director                                                 Manager
409565                                                   47638

| EXIT / ENTRY | | EXIT / ENTRY | |
|---|---|---|---|
| EXIT | ENTRY | EXIT | ENTRY |
| {SEAL} {STAMP} | {SEAL} | | |
| 58 | | 59 | |

Appendix: 2007/73-2, P: 13

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

## SAME AS THE ORIGINAL
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}                    {SEAL}                {SIGNATURE}
Sureyya Bargu                                        Hidir GURSOY
Director                                             Manager
409565                                               47638

| RENEWALS | | RENEWALS | |
|---|---|---|---|
| Extended until: | 09.27.2004 | Extended until: | 03.15.2011 |
| Date: | 09.26.2002 | Date: | 03.15.2006 |
| Issued by: | TURKISH CONSULATE GENERAL | Issued by: | TURKISH CONSULATE GENERAL NEW YORK |
| | {SEAL&SIGNATURE} | | {SEAL&SIGNATURE} |
| Total Fees: | 28 USD | Total Fees: | 03.15.2006 |
| Date of Receipt: | 09.26.2002 | Date of Receipt: | 134115 |
| Number: | 680399 | Number: | |
| | 6 | | 7 |

Appendix: 2007/73-2, P: 12

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}                    {SEAL}                    {SIGNATURE}
Sureyya Bargu                                           Hidir GURSOY
Director                                                Manager
409565                                                  47638

| | |
|---|---|
| TR- M No: 674301 | TR- M No: 674301 |
| | CHILDREN |
| This Passport is Valid for all countries except | |

TR- M No: 674301

This Passport is Valid for all countries except
————————————————
————————————————
————————————————

This passport is valid until
27 SEPTEMBER 2002

Issued by:    GOVERNORSHIP OF KAYSERI

Date:        09.28.2001

Total Fees 33.180.000, Date of Receipt  09.28.2001
Receipt Number 3

{SEAL & SIGNATURE}
                    {SEAL}

4

TR- M No: 674301

CHILDREN

| Name | Date of birth | Sex |
|---|---|---|
| ——— | ——— | ——— |
| ——— | ——— | ——— |
| ——— | ——— | ——— |
| ——— | ——— | ——— |

Office that made entries to this page should give
written comments on explanations page.

5

Appendix: 2007/73-2, P: 15

{SEAL & SIGNATURE}
Rep. of Turkey
Ziraat Bankasi A.S.
179
Review Committee

**SAME AS THE ORIGINAL**
Republic of Turkey ZIRAAT BANKASI A.S.
930 – Eski Istasyon Branch

{SIGNATURE}                    {SEAL}                    {SIGNATURE}
Sureyya Bargu                                           Hidir GURSOY
Director                                                Manager
409565                                                  47638

---

TR- M No: 674301

### BIRTH CERTIFICATE SAMPLE

Serial No:   K05 488752

| Name, Last Name | MEVLUT CELIK |
|---|---|
| Place of Birth | KARAPINAR |
| Date of Birth | [REDACTED]1956 |
| Father's Name | HAZIM |
| Mother's Name | {ILLEGIBLE} |
| Place of Registration | {ILLEGIBLE} |
| Place of Issuance | {ILLEGIBLE} |
| Date | {ILLEGIBLE} |
| Republic of Turkey ID No: | {ILLEGIBLE} |
| Military Status | {ILLEGIBLE} |
| Marital Status | MARRIED |

Address in Turkey:
KAYSERI City        {ILLEGIBLE} County
KARAPINAR Village

{Signature}
                    {SEAL}
                    60

9- In order to renew expired passports, the owner of the passport should contact the Governor's office (if they are in the country) or to the Turkish Consulates (if they are abroad.)

10- Those who remove pages or add new pages to the passport, modify the name, the last name, title, any other information or the picture in the passport, or lend the passport for the use of others will be prosecuted according to the Turkish Penal Code.

11- In the event of loss, theft or substantial wear of the passport, the owner should notify the nearest Police department or Consulates in writing. Otherwise, a new passport cannot be issued.

12- In entries and exits, please do not forget to have your passport sealed by passport control police or customs officers.

13- Please do not forget to obtain the necessary visas required from the country of destination.

14- When traveling abroad, remember to take your id with you.

15- Register your foreign currency on your passport.



**T.C. ZİRAAT BANKASI A.Ş.**
930 - Eski İstasyon Şubesi

ZİRAAT BANKASI A.Ş.
179
TEFTİŞ KURULU

Hıdır GÜRSOY
Müdür
47638



TR-M № 674301

TÜRKİYE CUMHURİYETİ
REPUBLIC OF TURKEY

PASAPORT
PASSPORT

Sayı: [REDACTED] 306/2301
Nr.

1

Bu pasaport 60 sayfadır
This passport contains 60 pages

Bu pasaport Türkiye Cumhuriyetine aittir. Bulunduğunda en yakın Türkiye Büyükelçiliğine veya Başkonsolosluğuna veya mahalli polis karakoluna teslimi rica olunur.

This passport belongs to the Republic of Turkey. Anyone finding this passport is requested to hand it to a police station or to the nearest Turkish Embassy or Consulate.

DİKKAT EDİLECEK HUSUSLAR

1 — T.C. vatandaşları Türkiyeye giriş ve çıkışta pasaport veya pasaport yerine geçerli bir belge ibrazına mecburdurlar.

2 — Pasaportlar Valilikler ve yurt dışında T.C. Konsolosluklarınca verilir.

3 — Pasaport şahsi bir belgedir. Başkalarınca kullanılamaz.

4 — Refakatte kayıtlı olanlar, pasaport sahibi ile seyahat etmedikçe pasaportu kullanamazlar.

5 — Müşterek pasaportlar kafile başkanı adına düzenlenir ve kafiledekilerce münferiden kullanılamaz.

6 — Usulüne uygun şekilde tanzim edilen pasaport, aksi belirtilmedikçe bütün ülkeler için geçerlidir.

7 — Hamilinin imzasını taşımayan pasaportlar geçerli değildir.

8 — Vergi borcu olanlarla, adliye ve askerlikle çıkmalarına mani olunur.

ilişiği bulunanlardan mahzurlu görünenlerin yurt dışına çıkmalarına mani olunur.

( Devamı arka kapakta )

ASLI GİBİDİR

Ek. 2007/.?.2., s..M..

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

ZİRAAT BANKASI A.Ş.
179
TEFTİŞ KURULU

Sürcurrent KAYGU
479565

Hıdır GÜRSOY
Müdür
47638

HÜVİYET ve EŞKÂLİ
PERSONAL PARTICULARS

Mesleği
Profession

Doğum yeri    KARAPINAR
Place of birth

Doğum tarihi [REDACTED] 1956
Date of birth

Yüzü
Facial features

Göz rengi
Colour of eyes

Saç rengi
Colour of hair

Boy
Height

Hususi alâmetleri
Special marks

foto / photo

Hamilinin imzası / Signature of bearer

Soyadı - Surname    Ç.İ.Ç.E.K.

Adı - Name    M.E.V.L.Ü.T

3

2

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

Hıdır GÜRSOY
Müdür
47638



ASLI GİBİDİR

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

Turgut BARGU
Memuren
00665

Hıdır GÜRSOY
Müdür
47638



**TEMDİTLER**
RENEWALS

Bu pasaport ..................... 15.03.2011 ..................... tarihine
kadar uzatılmıştır. 15.03.2011

Extended until : 15.03.2006

Tarihi
Date : T.C. NEW YORK BŞK.

Temditi yapan makam: TURKISH
Issued by : CONSULATE GENERAL NEW-YORK

İmza ve Mühür : ...... Ferhat Ömeroğlu
Muavin Konsolos
Vice-Consul

Harç tutarı : 15.03.2006
Makbuz tarihi : 134115
No.

7

**TEMDİTLER**
RENEWALS

Bu pasaport ..................... 27.09.2004 ..................... tarihine
kadar uzatılmıştır. 27.09.2004

Extended until : 26.09.2002

Tarihi
Date :

Temditi yapan makam: T.C.NEW-YORK BAŞKONSOLOSLUĞU
Issued by : TURKISH CONSULATE GENERAL

İmza ve Mühür : ...... AKGÜZ KAPAĞIZ

Harç tutarı : 28 USD.
Makbuz tarihi : 26.09.2002
No. : 680399

6



**ASLI GİBİDİR**

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi



Hıdır GÜRSOY
Müdür
47638

TR-M № 674301

TR-M № 674301

Ç O C U K L A R
C H I L D R E N

| Adı<br>NAME | Doğum tarihi<br>DATE OF BIRTH | Cinsiyeti<br>SEX |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Bu sayfaya kayıt yapan makam, açıklamalar
kısmına meşruhat verecektir.

5

---

TR-M № 674301

Aşağıdaki ülkeler dışında ..... ülkeler için geçerlidir.
This passport is ..... .1 countries except

..... tarihine
kadar geçerlidir.

Bu pasaport    27.EYLÜL.2002
kadar geçerlidir.

This passport is valid until
27 SEPTEMBER 2002

Veren Makam    : KAYSERİ VALİLİĞİ
Issued by        GOVERNORSHIP OF KAYSERİ

Tarihi            : 28.09.2001
Date

Harç tutarı 33.180.000 Makbuz tar.28.09.2001
Makbuz No.: 3



İmza ve Mühür:
Hüseyin GÜLÇİÇEK
2. Sınıf Emniyet Müdürü
Emniyet Müdür Yrd. 4.
Vali Adına



T.C. ZİRAAT BANKASI A.S.
930 - Eski İstasyon Şubesi

ZİRAAT BANKASI A.Ş.
179
TEFTİŞ KURULU

Hıdır GÜRSOY
Müdür
47638

# EXHIBIT G

**ASLI GİBİDİR**

T.C. ZIRAAT BANKASI A.Ş.
930 - Eski İstasyon Subesi

Hıdır GÜRSOY
Müdür
47638

* L2820636 *

Registrar BARGU
Grieklmen
n.65505

New York State Department of Health

# Certificate of Marriage Registration

District Name ___ **BROOKHAVEN**

District No. ___ **5151**

Local Register No. ___ **2008**

Ek: 2007/33-2, s.7

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

ZIRAAT BANKASI A.Ş.
179

**Groom**    Name    **MEVULT**                     **CICEK**

              First                     Middle              Premarriage Surname

New Surname (if applicable) ___ [X] Check box if same as premarriage surname.

Residing at    **PORT JEFF STA, NY**

Date of Birth   [REDACTED] **1956**     Place of Birth    **KARAPINAR, TURKEY**
           Month   Day   Year                           City, Town or Village/State or Country

**Bride**    Name    **THERESA**           **GIURLANDO**        **LESCE**

              First            Middle       Premarriage Surname        Maiden Name
                                                     (if different from premarriage surname)

            **CICEK**                      [ ] Check box if same as premarriage surname.

New Surname (if applicable)

Residing at    **PORT JEFF STA, NY**

Date of Birth   [REDACTED] **1938**     Place of Birth    **BROOKLYN, NY**
           Month   Day   Year                           City, Town or Village/State or Country

Date of Marriage    **10/06/2006**     Place of Marriage    **PORT JEFFERSON**         , NEW YORK
                 Month   Day   Year                                 City, Town or Village

**(SEAL)**

Town or City Clerk    *Pamela J. Bethel*    **10/17/2006**
                                                   Month   Day   Year

[ ]   If checked, this marriage was a second or subsequent ceremony.

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**
**See Reverse Side For A List of Security Features Used In This Form**

DOH-130 (9/2001)

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK. HOLD UP TO LIGHT TO VALIDATE.

Ek: 2007/.... , s...



## Safety Features Used In This Form

1. Chain link watermark visible when document is held up to a light source.

2. Press number and bar code in upper right corner of document front.

3. Blue border then red to blue to red background with black workings on document front.

4. "VOID" appears on photocopies made on either a black & white or color photocopier.

5. Fiber thread marks visible when document front viewed with a black light.

AŞLI GİBİDİR

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

Hıdır GÜRSOY
Müdür
47638

# EXHIBIT H

Ek: 2007/؟.؟., s.؟..







**ASLI GİBİDİR**

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi



Hıdır GÜRSOY
Müdür
47638

# EXHIBIT I

Ek: 2007/33.3., s. 9







## ASLI GİBİDİR

T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

Hıdır GÜRSOY
Müdür
47638

# EXHIBIT J



ASLI GIBIDIR
T.C. ZİRAAT BANKASI A.Ş.
930 - Eski İstasyon Şubesi

Tuncay SARGI
MÜDÜR

Tingir GÜRSOY
Müdür
47638

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA
Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P                      USA                      [REDACTED]1086
Surname / Nom / Apellido
GIURLANDO
Given Names / Prénoms / Nombres
THERESA
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
[REDACTED] 1938
Place of birth / Lieu de naissance / Lugar de nacimiento        Sex / Sexe / Sexo
NEW YORK, U.S.A.                                                 F
Date of issue / Date de délivrance / Fecha de expedición        Authority / Autorité / Autoridad
28 DEC 2006                                                      United States
Date of expiration / Date d'expiration / Fecha de caducidad     Department of State
27 DEC 2016
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27                                                      USA

P<USAGIURLANDO<<THERESA<<<<<<<<<<<<<<<<<<<<<<
REDACTED]1086USA3811140F1612273113432766<319952

# EXHIBIT K

