SULLIVAN & WORCESTER LLP
Michael T. Sullivan (MS 3158)
Karin Klapper Orenstein (KO 1274)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

*Attorneys for Defendant*
*T.C. Ziraat Bankasi A.S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| Theresa Guirlando, | : |
| | :    07 Civ. 10266 (RJS) |
| Plaintiff, | : |
| | :    DEFENDANT'S |
| - against - | :    CORPORATE DISCLOSURE |
| | :    STATEMENT PURSUANT TO |
| T.C. Ziraat Bankasi A.Ş. | :    FEDERAL RULE OF CIVIL |
| | :    PROCEDURE 7.1 |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Federal Rule of Civil Procedure 7.1 requires a "nongovernmental corporate party" to file a disclosure statement that "(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation." Id.

      Defendant T.C. Ziraat Bankasi A.Ş. states that it is a joint-stock company that is wholly owned by the Republic of Turkey.

Dated:    New York, New York
            February 11, 2008

                                      Respectfully submitted,
                                      SULLIVAN & WORCESTER LLP

                                      By:    /sMichael T. Sullivan_____
                                               Michael T. Sullivan (MT 3158)
                                               Karin Klapper Orenstein (KO 1274)

                                               1290 Avenue of the Americas, 29th Floor
                                               New York, New York 10104
                                               (212) 660-3000

                                        *Attorneys for Defendant T.C. Ziraat Bankasi A.Ş.*