UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA GUIRLANDO,

            Plaintiff,

-v-

T.C. ZIRAAT BANKASI, A.S.,

           Defendant.

No. 07 Civ. 10266 (RJS)
ORDER

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a joint letter from the parties describing a discovery dispute that has arisen regarding the plaintiff's request to depose the defendant's expert on the Turkish legal system.

    The Court shall hold a telephone conference with the parties on Friday, April 4, 2008 at 11:00 a.m. to address this issue. Once all counsel are on the line, counsel should call the Court at (212) 805-0264.

SO ORDERED.

Dated:    March 26, 2008
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE