Violet Elizabeth Grayson (VEG-2792)
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512



Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
Theresa Guirlando,                    :   ECF
                                      :   Case No. 07 CV 10266
            Plaintiff,                :
                                      :   STIPULATION AND
                                      ;   ORDER
      -against-                       :
                                      :
T.C. Ziraat Bankasi A.S.,             :
                                      :
                                      :
            Defendant.                :
---------------------------------------------------------------X

      Good cause appearing, and counsel having so stipulated, the briefing schedule for Defendant's pending motion to dismiss is amended as follows:

      Plaintiff's opposition to motion to dismiss shall be filed no later than May 9, 2008;

      Defendant's Reply in support of motion shall be filed no later than May 23, 2008.

      So Stipulated:

Dated: April 24, 2008           _____
                                Violet Elizabeth Grayson
                                Counsel for Plaintiff
                                Theresa Guirlando

Dated: April 24, 2008

Karin Klapper Orenstein
Sullivan & Worcester
Counsel for Defendant

So Ordered: 4/28/08

Honorable Richard Sullivan