Violet Elizabeth Grayson (VEG-2792)
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
Theresa Giurlando,                                :   ECF Case
                                                  :   No. 07 Civ. 10266 (RJS)
              Plaintiff,                        :
                                                  :   DECLARATION OF
      -against-                                :   Dr. KENNETH
                                                  :   FISHBERGER
T.C. Ziraat Bankasi A.S.,                         :
                                                  :
                                                  :
              Defendant.                        :
---------------------------------------------------------------X

    I, Kenneth Fishberger, declare:

    1. I am a physician licensed to practice medicine in the State of New York, and personal physician to Theresa Giurlando.

    2. Mrs. Giurlando suffers from a cardiac problem known as a mitral valve leak. Due to her condition, it would be medically dangerous for her to travel to Turkey, and I have advised her against making such a trip.

    The foregoing facts are true of my personal knowledge. Executed under penalty of perjury of the laws of the United States and the State of New York in Port Jefferson, New York on May 8, 2008.

                                                Ss// Signature on File
                                              _____
                                              Kenneth Fishberger, M.D.